UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------X
JONATHAN PAUL CATLIN,

,
                                                          CASE NO.: 6:16-cv-6044-DGL-MWP

              Plaintiff,
                                                       Hon. Judge David G. Larimer
v.                                                   Magistrate Judge Marian W. Payson

NORTHLAND GROUP, INC.,

              Defendant.

-------------------------------------------------X

**STIPULATION OF DISCONTINUANCE AND VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, Pro Se Plaintiff and Moss & Barnett, Attorney of record for Defendant Northland Group, Inc., to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice. The parties hereby provide notice of voluntary dismissal, with prejudice and without costs, disbursement, or attorney's fees to either party as against the other, of the above-referenced matter and request the case be closed.

DATED: 8/29/16                                        DATED:

By _[signature]_                                        By _[signature]_
  Jonathan Paul Catlin                             Michael T. Etmund, NY REG # 5168331
  Pro Se Plaintiff                                     MOSS & BARNETT
                                                            150 South Fifth Street
                                                            Suite 1200
                                                            Minneapolis  MN  55402-4129
                                                            Telephone:  (612) 877-5000

3332068v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2016, the foregoing document was filed with the Clerk of the Court and served by U.S. Mail upon the following non-ECF participants:

Jonathan Paul Catlin
PO Box 313
Naples, ID 83847

                                            /s/ Michael T. Etmund
                                            Michael T. Etmund

3206784v1